IN THE UNITED STATES DISTRICT COURT OF THE
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MICHAEL BARKER, *ET AL.*                                             PLAINTIFFS

VS.                                         CIVIL ACTION NO.: 2:10cv035-P-V

LARRY D. WILLIAMS, *ET AL.*                                     DEFENDANTS

## ORDER

This matter came before the court on the motion of Plaintiffs to allow trial and deposition testimony from a companion case currently pending in South Carolina state court into evidence at trial (#73). The court, recognizing that this would serve to streamline litigation and conserve both court and litigant resources, finds this motion to be well taken. However, the court reminds Plaintiffs that any testimony presented is subject to the Federal Rules of Evidence, the Federal Rules of Civil Procedure and the Local Uniform Rules of Civil Procedure for the Northern District of Mississippi.

IT IS, THEREFORE, ORDERED that Plaintiffs' motion to allow testimony from a companion case as evidence at trial in the case pending in this court is hereby GRANTED subject to evidentiary and procedural objections raised by opposing counsel.

SO ORDERED, this the 31st day of August 2011.

                                                          /s/Jane M. Virden
                                                          UNITED STATES MAGISTRATE JUDGE